UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Case No: 10-MJ-389 (SRN)

In the Matter of Search Warrant
For 2911 Park Avenue, Minneapolis, MN 55407
Issued September 23, 2010

In the Matter of Search Warrant
For 1823 Riverside Avenue, #2
Minneapolis, MN  55454
Issued September 23, 2010

## EXHIBITS IN SUPPORT OF
## MOTION TO UNSEAL SEARCH WARRANT APPLICATIONS
## AND SUPPORTING AFFIDAVITS

| Tab | Document(s) | Page(s) |
|-----|-------------|---------|
| A | Media Coverage of Government Investigation | |
| | • Photo of "Karen Sullivan" from City Pages | 1 |
| | • "Who Was Karen Sullivan? Minnesota activists remember the undercover government agent, Nick Pinto, *City Pages*, January 20, 2011 | 2-7 |
| | • "FBI Infiltrates Twin Cities Anti-War Group," Matthew Rothschild, *The Progressive,* January 14, 2011 | 8-9 |
| | • "Government Spy Infiltrated Antiwar Groups Before FBI Raids, *Democracy Now*, January 13, 2011 | 10 |
| B | Grand Jury Subpoena Documents Released to Media | 11-14 |
| C | FBI Operation Orders Released to Media | 15-30 |




Occasions are better with personalized MY M&M'S®
10% OFF NOW ▸

# Who was Karen Sullivan? Minnesota activists remember the undercover government agent

**By Nick Pinto**
Published Thu., Jan. 20 2011 at 7:11 AM

Prosecutors investigating more than a dozen Minnesota anti-war activists recently confirmed that the charges rely on an undercover agent who spent two and a half years infiltrating their organization.



**Who was Karen Sullivan?**

This is how the woman who called herself Karen Sullivan insinuated herself into the lives of local protesters, and how she mysteriously vanished just before FBI agents raided their homes.

In early 2008, the members of Minneapolis's Anti-War Committee were starting to plan their licensed protests against the upcoming Republican National Convention. There were a lot of new faces getting involved at the time, and the Committee was holding meetings for new members.

Sometime in winter or early spring, Karen Sullivan came to her first meeting.

"She came with her girlfriend, whose name was Joy," recalls Meredith Aby, one of the founders of the Anti-War Committee. "We never saw Joy again. I don't know what happened to her."

But Sullivan came back, to meeting after meeting. A woman in her early 40s with short, sandy hair and a Boston accent, Sullivan was quiet, and kept to herself for the most part. But she volunteered when tasks were handed out at the meetings, and always followed through.

"We were pretty excited that here was this person who seemed pretty reliable," Aby says.

It took a few months after Sullivan first started showing up before Aby really got to know her at all. The two went on a flyering run together, driving around to coffee shops to put the group's literature up on bulletin boards. They got into a conversation, asking about each others' lives.

"That was the first time we heard this story about her horribly tragic youth," Aby says.

The story Sullivan told Aby was the same she would eventually tell, with varying degrees of detail, to several members of the group with whom she became closest. In each case, it wasn't some

polished biography. It came in dribs and drabs, a vague and tantalizing patchwork. "The way she told it, she seemed like a real person with an actual backstory," Aby says.

Sullivan said she had grown up in Boston, but left home at an early age because her family couldn't deal with her being gay. She was homeless for a while, drifting over to the Twin Cities. She gave the impression that she might have been the victim of violence or abuse during this time.

Eventually, Sullivan said, she joined the armed forces to put a roof over her head and get her life in order. But she said she was kicked out for violating the "Don't Ask, Don't Tell" provision.

After that, Sullivan became more politically aware, spending time in Northern Ireland working for the Irish Republican Army, she claimed.



"Karen Sullivan" at dinner with the anti-war activists

Somewhere along the way, she and a woman named Lee, who lived in Minnetonka and had an art-framing store, conceived a daughter through in-vitro fertilization. But Lee was jealous, and didn't like Sullivan's politics. The relationship soured.

After more restless moving around, Sullivan had finally returned to Minnesota to be close to her daughter, Taylor, who was enrolled in seventh grade at Hopkins Jr. High.

Sullivan was working for a friend as a property inspector, and though her existence seemed tenuous, she drove an expensive black SUV that she said her boss let her use.

"I thought, 'Wow, your boss is cool,'" Plotz remembered. "I hadn't thought that would be part of a gig like what she was doing."

After the Republican National Convention, many of the short-term enthusiasts in the movement faded away, but Karen stayed on, becoming one of the most regular attendees of the group's meetings. Sullivan was becoming indispensable, and at the same time, she was expanding her connections beyond the Anti-War Committee. She volunteered to represent the group at various other coalitions, and attended the meetings of other activist groups.

Mick Kelly, whose home would later be one of those raided by the FBI, met Sullivan through his work on the Minnesota Coalition for the People's Bailout, fighting for a moratorium on home foreclosures. Then he started seeing her everywhere.

"She was definitely around," Kelly says. "She was always talking with a lot of people."

Dan Dimaggio met her when she started attending meetings of the Iraq Peace Action Committee.

"She was at every frickin' demonstration, she went all in," Dimaggio says. "It can be really exciting



**Sullivan posing with Meredith Aby's daughter**

to find somebody like that, somebody who's a bit older, who seems like a working-class person. A lot of times the meetings are dominated by the same old faces."

In November of 2008, Sullivan and other members of the group piled into a van for a road trip down to Columbus, Georgia, for the annual protest against the School of the Americas at Fort Benning. Aby, who has traveled several times to Colombia in support of trade unionists there, was giving a talk.

After the talk, she was approached by a Colombian woman who introduced herself as Daniela Cardenas, who thanked her for speaking. A few minutes later, Cardenas was back again, this time with Sullivan. They said they had struck up a conversation in the bathroom.

"I remember thinking Daniela was really weird," says Plotz, who was also on the trip. "She was talking really fast, and something just seemed off with her personality. But it seemed like she was really flirting with Karen."

Cardenas gave Sullivan her number that night, leading to lots of teasing from the others. The two didn't reconnect that trip, but a few weeks later, Sullivan admitted that they had been really hitting it off over email, and she was planning to visit her home in Miami. Soon Cardenas was making regular trips to Minneapolis, her visits often coinciding with the Anti-War Committee's major demonstrations.



**Daniela Cardenas with Karen Sullivan**

Aby found the new romance baffling. For one thing, Sullivan had long repeated that she didn't want any long-term relationship.

"But also, I remember thinking there wasn't any sexual tension at all. I didn't even think Daniela was a lesbian. But what can you say? You can't say, 'She's an 8, you're a 4, this doesn't make sense.'"

The relationship makes more sense now: Prosecutors recently confirmed that Cardenas, like Sullivan, was an undercover federal agent sent to spy on the activists.

In March 2009, Aby gave birth to a baby girl. Shortly afterward, Karen came by to visit, bringing a gift.

"It was a stuffed animal, literally the ugliest stuffed animal I've ever seen," Aby says. "But I kept it because I thought it was super sweet that someone would bring her something in the first week of her life."

As Aby became more occupied by motherhood, Sullivan offered to pick up the slack in keeping the committee running. Soon she was helping to keep the group's financial books.

At the same time, Sullivan was showing a new interest in the Palestinian cause. She joined a group in opposition to the war in Gaza, and she asked to join a delegation being planned to visit a Palestinian women's group. She and Plotz were selected to represent the Anti-War Committee on the trip, along with another member, Sarah Martin.

"Leading up to the trip, Karen was especially anxious that we all get our stories straight," Plotz remembers.

Israeli immigration officials take a dim view of activists visiting the Palestinian territories, so the group planned to identify themselves as members of a church group visiting holy sites.

But now Plotz thinks that Sullivan knew all along what would happen when they landed at Tel Aviv Airport. Israeli immigrations officials somehow knew they were coming. The three were stopped, and told they wouldn't be let in the country. They were to get on the next plane home. Plotz and Martin refused, and the Israeli authorities



"Karen Sullivan" with Meredith Aby's baby.

put them in a detention center. Sullivan, to their surprise, wouldn't join them. She told them she had to think about her daughter, and couldn't get mixed up in something so serious.

"I was surprised, but it kind of made sense," Plotz says. "As she was getting ready to leave us, I gave her a hug. I was really concerned that she not feel bad about leaving us there. I thought that moment was a real bonding experience for us."

Plotz and Martin were eventually deported, but they didn't see much of Sullivan for a while. She was traveling a lot--her former partner's mother was in the hospital, she said. Also she was frequently traveling to Chicago, where she said her boss had recently acquired a similar business.

In February 2010, Sullivan left town again, telling friends in the group that her estranged father had died. When she returned, she was emotional and erratic. She often came over to Aby's house in

tears. On these occasions, Aby says, Sullivan would frequently shift the conversation to politics, making extreme statements that Aby didn't know how to respond to.

"I didn't understand at the time that she was a provocateur," Aby says. "When people are first realizing that the U.S. is involved in a lot of nasty stuff in foreign countries, they can get really radicalized. I thought that was what was going on with her."

But even as she became more emotional and unpredictable, Sullivan remained a good friend. In March she and Cardenas stopped by Aby's apartment to bring her one-year-old daughter another set of birthday presents: Cardenas gave a stuffed bear; Sullivan gave a toy cell-phone.

"It's ironic, because I know now from my subpoena that they were tapping my cell phone the whole time," Aby says. "Of course I've since thrown all those things away."

That spring, Sullivan started planning a trip to Colombia. She and Cardenas were going to go on a personal trip to visit Cardenas's relatives. Sullivan began pressuring Aby to put her in touch with all the Colombian trade unionists she knew.



This St. Paul Duplex was raided by the FBI in advance of the Republican National Convention in 2008.

"That was really strange," Aby said. "This was a personal trip they were taking, not a political one. The people I know there are very busy, doing work that's often life-and-death. I wasn't going to ask them to meet a friend on vacation."

To Sullivan's frustration, Aby refused to introduce her to connections in Colombia. Still, planning for the trip went forward, and in September, Sullivan left the Twin Cities. It was the last any of her friends for the past two and a half years would see of her.

Sullivan was due to return on Wednesday, September 22, but didn't appear. Then, early on the morning of Friday the 24th, FBI agents raided five homes belonging to Minneapolis activists, including Aby, Jess Sundin, and Mick Kelly. Other activists, including Plotz, were handed grand jury subpoenas a few days later.

In the aftermath of the raids, everyone who had ever been part of the Anti-War Committee was calling and emailing, asking if everything was all right, offering their support. Sullivan wasn't heard from at all.

When the committee learned that FBI agents had entered their offices at the University Tech building using a key, they drew the obvious conclusion: As hard as it was to believe, Sullivan had been an undercover informant all along. They agreed not to make any more efforts to contact her, and she was never heard from again.

Well, almost never. Plotz agreed with her friends that no one should have any substantial

http://blogs.citypages.com/blotter/2011/01/who_was_karen_sullivan_un...

communication with Sullivan, but she was also curious. What if it wasn't really true?

"If someone ever accused me of being an infiltrator, and all my friends were shutting me out, that would be terrible," Plotz says. "I wanted to make sure that we weren't putting someone undeserving in that situation."

So without telling her friends, Plotz sent a text message to the woman she had known as Karen Sullivan. What follows is their exchange:



"Karen Sullivan" claimed she was from Boston.

Sat Oct 1
1:14 am
Katrina: hey what's up? where've you been?

9:41 am
Karen: Keeping a very low profile, trying not to get caught up in stuf, u?

4:55 pm
Katrina: bullshit. we know what you're doing.

Sun Oct 2
1:33 am
Karen: What ever ur funny, :)

3:07 pm
Katrina: nothing about this is funny. it's fucked up and sad. i miss the person i thought was Karen Sullivan. she was my friend.

6:28 pm
Karen: Wow! I thought u were giving me a hard time for leaving town. apperantly that is not the case.

1:08 am
Katrina: you know exactly what's going and so do we. you are not who you said you were. but you're wrong and you will fail. don't bother writing back. this will be the last text u ever get from me.

## Previous Coverage

* Secret government informer "Karen Sullivan" infiltrated local activist groups
* Moles Wanted: FBI recruits informants in advance of RNC
* Police raid anarchist homes in advance of RNC



Published on *The Progressive* (http://progressive.org)

Home > FBI Infiltrates Twin Cities Anti-War Group

# FBI Infiltrates Twin Cities Anti-War Group

By Matthew Rothschild, January 14, 2011

"This is more than a story of personal betrayal but one of political repression. It sickens me."

That was the reaction of Jess Sundin, a leader of the Twin Cities Anti-War Committee, after she found out about the FBI infiltration of her group by a woman who posed as "Karen Sullivan."

At a press conference on January 12, Sundin denounced her as "a person we thought was a fellow activist and who had claimed to be a friend: Karen Sullivan. This woman not only worked with us in the Anti-War Committee and other groups. She involved herself in our personal lives, getting to know our children, joining in birthday celebrations, and paying visits on our family when someone was in the hospital. Everything we thought about Karen Sullivan was a lie. She was never a friend. Or a person of conscience working to help us build peace and justice."

BUY A SUBSCRIPTION - AS A GIFT, FOR YOURSELF,
OR AS A RENEWAL - AND
GET A FREE 2014 CALENDAR!

The FBI raided Sundin's home on September 24. She was one of the 14 solidarity activists the FBI went after that day in the Twin Cities and Chicago. Sundin blames Sullivan for the raids. (For more information on those raids, click here [2].) Federal prosecutor Patrick Fitzgerald is hauling 23 activists before a grand jury in Chicago on Jan. 25. (See stopfbi.net [3] for more information.)

Sullivan joined the group in April of 2008, Sundin says, when the group was involved in organizing protests against the Republican National Convention.

"For two and a half years, Officer Sullivan participated -- sometimes even serving as chairperson -- in weekly Anti-War Committee meetings," Sundin said. "Officer Sullivan had a key to this office, which was later used by the FBI on Sept. 24 to enter the office, search it, seize our computers, financial records, and other materials.

For the last year or so, she has assisted with the bookkeeping for the Anti-War Committee and had unimpeded access to our financial records. On several occasions, officer Sullivan gave public speeches on our behalf, including on Colombia and Palestine."

She also went to the U.S. Social Forum in Detroit with the group, Sundin says, and even joined the Freedom Road Socialist Organization, which the FBI has showed particular interest in.

Sundin says Sullivan helped organize and raise money for the Anti-War Committee's solidarity trip to Palestine last summer but surreptitiously undermined it. "She was secretly working to sabotage the trip entirely," says Sundin. "Through her work, reports were passed on to Israeli authorities, who then barred entry to the two Minneapolis women traveling with Karen Sullivan."

Sundin says the women were trying to meet with a group called the Union of Palestinian Women's Committees, which works for women's equality, supports women refugees, and runs child care centers.

"The Anti-War Committee has done nothing wrong, and nothing illegal," says Sundin.

"The only crimes committed were the abuses of our rights carried out by Officer Sullivan herself," says Sundin. "The government has no right to spy on the Anti-War Committee. These actions make a mockery of our democratic rights as outlined in the Constitution: the right to freedom of speech, freedom of dissent, freedom of association."

Coleen Rowley, the former FBI agent who turned whistleblower after 9/11 and exposed the FBI's failure to follow up on leads in Minneapolis that could have prevented the attacks, spoke at the same press conference as Sundin on Jan. 12.

"What we learned today is not only extremely creepy but it's also alarming to our democracy and counterproductive to law enforcement," said Rowley, who has become a peace activist herself.

For its part, the FBI refused to make a substantive comment.

"Grand jury proceedings are protected by law," said special agent and spokesman Ross Rice in the Chicago office of the FBI, "and we're prohibited from making any comment on any grand jury proceeding that might be ongoing."

.If you liked this story by **Matthew Rothschild**, the editor of The Progressive magazine, check out his other "McCarthyism Watch" pieces by clicking here. [4]

 [5] Follow Matthew Rothschild @mattrothschild [5] on Twitter



BUY A SUBSCRIPTION - AS A GIFT, FOR YOURSELF, OR AS A RENEWAL - AND GET A FREE 2014 CALENDAR!

McCarthyism Watch     Matthew Rothschild     Anti-War Movement     Civil Liberties     FBI
McCarthyism

## About The Progressive

*The Progressive* is a monthly leftwing magazine of investigative reporting, political commentary, cultural coverage, activism, interviews, poetry, and humor.

*The Progressive* is fortunate to have some of the best writers in the country grace its pages, including Wendell Berry, Edwidge Danticat, Barbara Ehrenreich, Jim Hightower, Eduardo Galeano, Luis Rodriguez, Terry Tempest Williams, and Dave Zirin. The magazine also provides

http://www.democracynow.org/2011/1/13/headlines/government_spy_infi...

# Headlines January 13, 2011

# Government Spy Infiltrated Antiwar Groups Before FBI Raids

There are major new developments in the case of the peace activists targeted by FBI raids last September. Lawyers for the activists in Minnesota and St. Paul have learned a government agent infiltrated their group and conducted extensive spying. Going by the name "Karen Sullivan," the agent began attending organizing meetings of the Twin Cities Anti-War Committee in the lead-up to the Republican National Convention. Sullivan then took an active role in the group, chairing meetings, handling bookkeeping, and communicating with dozens of other organizations. Anti-War Committee activist Jess Sundin spoke to *Democracy Now!* on Wednesday.

> **Jess Sundin**: "Karen came to weekly meetings. We're all volunteers, and so we make decisions together at those meetings, and she participated in those discussions, sometimes even chairing the meetings. Karen had a key to our office, a key which she later used — or the FBI used — to raid the office on September 24th and let themselves in. And she also at times assisted with our bookkeeping and had full access to our financial records, our membership lists and everything else we're involved in."

Sullivan even accompanied two activists when they tried to visit the Occupied Territories in 2009. But upon landing in Israel, Israeli agents were already aware of their trip and refused to grant them entry. The activists' attorneys have also learned prosecutors are focusing on a small donation the two activists wanted to give to their host in the Occupied Territories, the Union of Palestinian Women's Committees. The group is not listed as a terrorist group by the U.S. and is a registered NGO with the Palestinian Authority. Sullivan left the Twin Cities last fall, shortly before the raids of September 24th.

See all headlines for this show

The original content of this program is licensed under a Creative Commons Attribution-Noncommercial-No Derivative Works 3.0 United States License. Please attribute legal copies of this work to "democracynow.org". Some of the work(s) that this program incorporates, however, may be separately licensed. For further information or additional permissions, contact us.

U.S. Department of Justice



**United States Attorney**
**Northern District of Illinois**

| | | |
|---|---|---|
| *Brandon D. Fox*<br>*Assistant United States Attorney* | *Dirksen Federal Building*<br>*219 South Dearborn Street, Fifth Floor*<br>*Chicago, Illinois 60604* | *Phone: (312) 353-5277*<br>*Fax: (312) 886-0657* |

September 22, 2010

Michael Kelly

Re:     Grand Jury Subpoena --

When you appear before the grand jury, pursuant to this subpoena, you will be informed as follows:

1.      The grand jury is conducting an investigation of possible violations of federal criminal laws.

2.      You may refuse to answer any questions if a truthful answer to the question might tend to incriminate you.

3.      Anything that you do or say may be used against you by the grand jury or in a subsequent legal proceeding.

4.      If you have retained counsel, the grand jury will permit you a reasonable opportunity to step outside the grand jury room to consult with counsel if you so desire.

Special August 2009-1 Grand Jury 09 GJ 717

AO110 (Rev. 12/89) Subpoena to Testify Before Grand Jury

# UNITED STATES DISTRICT COURT

NORTHERN     DISTRICT OF     ILLINOIS

TO:

Michael Kelly

**SUBPOENA TO TESTIFY
BEFORE GRAND JURY**

SUBPOENA FOR:
☒ PERSON     ☒ DOCUMENT(S) OR OBJECT(S)

    YOU ARE HEREBY COMMANDED to appear and testify before the Grand Jury of the United States District Court at the place, date, and time specified below.

| PLACE Dirksen Federal Building 219 South Dearborn Chicago, Illinois 60604  Special August 2009-1 Grand Jury 09 GJ 717 | COURTROOM Room 1625 |
|---|---|
| | DATE AND TIME 10/19/2010; 9:30 am |

YOU ARE ALSO COMMANDED to bring with you the following document(s) or object(s):*

For 2001 to the present: (1) all pictures and videos relating to any trip to Colombia, Jordan, Syria, the Palestinian Territories, or Israel; (2) all items relating to any trip to Colombia, Jordan, Syria, the Palestinian Territories, or Israel; (3) all correspondence, including but not limited to emails and letters, with anyone residing in Colombia, Jordan, Syria, the Palestinian Territories, or Israel; (4) all records of any payment provided directly or indirectly to Hatem Abudayyeh, the Popular Front for the Liberation of Palestine ("PFLP") or the Revolutionary Armed Forces of Colombia ("FARC"); (5) all records of any telephonic or electronic communication with anyone in Colombia, Jordan, Syria, the Palestinian Territories, or Israel; and (6) any item related to any support provided to any designated terrorist organization, including the PFLP or the FARC.

The terms "documents" and "records" mean any item in tangible, digital, or electronic form.
*Please see additional information on reverse.*

    This subpoena shall remain in effect until you are granted leave to depart by the court or by an officer acting on behalf of the court.

| CLERK    DOBBINS  (By) Deputy Clerk | DATE  09/22/2010 |
|---|---|
| This subpoena is issued on application of the United States of America | NAME, ADDRESS AND PHONE NUMBER OF ASSISTANT U.S. ATTORNEY  BRANDON FOX, AUSA 219 South Dearborn Street Chicago, Illinois 60604 (312) 353-5277 |

* If not applicable, enter "none".

## ATTACHMENT B

### LIST OF ITEMS TO BE SEIZED

### RESIDENCE OF MICHAEL KELLY

Evidence concerning the violation of: (1) 18 U.S.C. § 2339B: Providing, attempting and conspiring to provide material support to designated foreign terrorist organizations, as follows:

(1) Documents, files, books, photographs, videos, souvenirs, war relics, notebooks address books, diaries, journals, maps or other evidence, including evidence in electronic form, related to:

  a) Kelly's travel to and from and presence and activities in Minnesota, and other foreign countries to which Kelly has traveled as part of his work in FRSO; Kelly's ability to pay for his own travel from the United States to Palestine, Colombia and travel within the United States from 2000 until present, including all materials related to Kelly's personal finances and finances of the Freedom Road Socialist Organization ("FRSO");

  c) Kelly's potential co-conspirators, including any address books, lists, notes, photographs, videos, or letters of Kelly's personal contacts in the United States and abroad;

  d) the recruitment, indoctrination, and facilitation of other individuals in the United States to join FRSO, including materials related to the identity and location of recruiters, facilitators, and recruits, the means by which the recruits were recruited to join FRSO, the means by which the recruitment was financed and arranged;

  e) the recruitment, indoctrination, and facilitation of other individuals in the United States to travel to Colombia, Palestine and any other foreign location in support of FTOs including, but not limited to FARC, PFLP and Hezbollah, including materials related to the identity and location of recruiters, facilitators, and recruits of these FTOs, the means by which individuals were recruited to travel to Colombia, Palestine and other foreign locations in support of FTOs, and the means by which the recruitment was financed and arranged;

  f) FARC, PFLP, Hezballah and other FTOs which the FRSO and Kelly have supported, attempted to support or conspired to support;

  g) Kelly's use of the email addresses mickelly.fightback@gmail.com and mickelly@fightbacknews.org and telephone numbers (612) 370-0167 and (612) 715-3280, or any other telephone numbers, and Facebook, MySpace, or other social networking websites.

(2)     Computer equipment, electronic storage devices, and cellular telephones belonging to Kelly and their contents, including files, telephone numbers, photographs and videos, related to the evidentiary items listed in paragraph 1 above, pursuant to the procedures set forth in the accompanying affidavit.

## OPERATION ORDER
### FBI SWAT - MINNEAPOLIS

415U-MP-70824
Operation Principle Parts

### DANGEROUS

## I. SITUATION

### A. Background:

The captioned case was initially predicated on the activities of Meredith Aby and Jessica Rae Sundin in support of the Revolutionary Armed Forces of Colombia (FARC), a U.S. State Department designated foreign terrorist organization (FTO), to include their previous travel to FARC-controlled territory.  Since opening the original investigations an additional 16 Subjects in six FBI Field Divisions have been identified.

Subjects in Minneapolis, Chicago, Phoenix, Detroit, Los Angeles, and Charlotte Divisions have provided and/or consipired to provide material support to the FARC and/or the Popular Front for the Liberation of Palestine, also a U.S. State Department designated FTO.

Search warrants and interviews of subjects will be conducted at approximately 10 locations in Minneapolis, Chicago, and Detroit Divison on 7/24/2010.

### B. Location:

1823 Riverside Apartment #2
Minneapolis MN

### C. Subject:

Name:       Michael Hugh Kelly
Race:       White
Sex:        Male
Height:     5'10"
Weight:     145lbs
Eyes:       Hazel
Hair:       Grey
DOB:        08/09/1957
CrimHist:

9/22/10

| | |
|---|---|
| Name: | Linden Marie Gawboy |
| Race: | White |
| Sex: | Female |
| Height: | 5'01" |
| Weight: | 200lbs |
| Eyes: | Blue |
| Hair: | Brown |
| DOB: | 08/13/1963 |
| CrimHist: | Disorderly Conduct, Presence at Unlawful Assembly |

**Others:**      Rosemary Doreen Nevils, Black Female, DOB: 04/22/1949
Peter Loring Dodge, White Male, DOB: 11/22/1941


***Subject considered dangerous due to possession of weapons***

D. **FBI Personnel/Duties:**

   1. **FBI ASAC**   Richard Thornton


   2. **FBI SWAT:**

        SA John Gainer              (MP3)
        SA Shane Ball               (MP4)
        SA Michael Cannizzaro       (MP5)
        SA Jean Laplace             (MP6)
        SA Wayne Kauffmann          (MP9)
        SA Dan Harris               (MP10)
        SA Jason Hopfer             (MP13)
        SA Pat Rielly               (MP14)
        SA James Somerville         (MP15)
        SA Larry Wesbey             (MP16)
        SA Dave Walden              (MP17)


   3. **Medical:**

     Two North Memorial medics will be provided . Medics on scene will make decisions as to treatment and transport of injured personnel. Hospital location will be determined by the medics.

**4. Hostage Negotiators**:

Negotiators have been notified and will provide negotiators as needed.

**5. Perimeter**:

Will be handled by swat personnel and supplemented by local law enforcement as well FBI/Task Force officers

## II. MISSION

On 9/24/2010, a search warrant will be executed in the above captioned matter. Based on the potential danger that the subject may pose SWAT will clear the residence prior to searchers entering.

## III. EXECUTION

### A. Concept of Operations:

On order, FBI SWAT will knock and announce, "FBI Search Warrant." Upon waiting a reasonable amount of time and receiving no answer, the team will then, if necessary, breach the apartment door, hold their position and again attempt to call the subject out. After receiving no response again the team will enter and clear the residence. Following the clearing of the residence, the residence will be turned over to other FBI Agents and Task Force personnel and a search will be conducted.

### B. Tasks:

#### 1. FBI SWAT:

SA John Gainer- Team Leader
SA Dave Walden- entry
SA Wayne Kauffmann- entry
SA James Somerville- entry
SA Pat Rielly- entry
SA Dan Harris- rear security
SA Jason Hopfer- rear security
SA Jean Laplace- perimeter
SA Michael Cannizzaro- perimeter
SA Shane Ball- breaching (cut saw)
SA Larry Wesbey- breaching (ram)

### C.  Coordinating Instructions

#### 1.  Vehicles:

**Black Suburban-** Hopfer (driver), Harris, Laplace, Cannizarro

The Black Suburban and 4 SWAT Operators will drive to the rear entrance of the target location and take station in the alley and make notification to the TL.

**Blue Sprinter Van-** Kauffmann (driver), Gainer, Walden, Somerville,
Rielly, Ball and Wesbey

The Blue Sprinter Van will hold short on Riverside until rear security is in place. The Van will drive to the front of the building, SWAT Operators will exit and proceed to the common entrance at 1823 Riverside.

#### 2.  Time Schedule:

Be in the FBI parking garage at 0630. Briefing will occur at 0700.

#### 3.  Staging Area:

FBI garage. Proceed directly to target location by the following route: Washington Avenue  to Cedar Avenue  to Riverside Avenue.

### D.  FBI Deadly Force Policy:

Deadly force may be used only when necessary; i.e. when Agent has reasonable belief that the subject poses an imminent danger of death or serious bodily harm to Agent or others (self defense or defense of others).

### E.  Contingencies:

**Medical**:  See Annex

Two North Memorial paramedics will be present.   North Memorial Medics on scene will make decisions as to treatment and transport of injured personnel. For additional info see the medical annex.

## IV.  ADMINISTRATION AND LOGISTICS

A.  Weapons:  Assault/entry team members will carry M-4's, MP-5's and handguns.

B.  Clothing/Specialty Equipment: Team members will deploy with standard SWAT uniform.

C.  Breaching Equipment: rams, haligans, bolt cutters, cut saw.

## V.  COMMAND AND CONTROL

ASAC Thornton will have on-scene command.  SA John Gainer will be SWAT  Team Leader.  SA Lisher will lead the negotiators.

Communications will be on DN5.

Administrative communications will be on Bureau radio channel A1.

FRSO Interview Questions

START OFF BY WARNING THE INTERVIEWEE THAT THE FOLLOWING
QUESTIONS PERTAIN TO A TERRORISM INVESTIGATION AND ANY MATERIAL
FALSE STATEMENT IS A CRIMINAL OFFENSE

1) Have you ever heard of the Freedom Road Socialist Organization ("FRSO")?

2) What is it?

3) What does it do?/What is its purpose?

4) Are you a member?

5) What is your position within the FRSO?

6) How is it structured?

7) How many members are there?

8) Who are the leaders?

9) Where in the U.S. does it exist?

10) Who are the other members in Minneapolis (or Chicago)?

11) How does it pay for expenses?

12) Does it have an office?

13) Are there regular FRSO chapter meetings?

14) Where do they take place?

15) What is discussed?

16) Do you or anyone else at the meeting or with the FRSO, take notes?

17) Where are those notes?

18) Do you pay dues to the FRSO?

1

19) How much?

20) What is the purpose?/What happens to the money?

21) Who collects the dues?

22) Are there regular national meetings of the FRSO?

23) Where do they take place?

24) What happens at the national meetings?

25) Is it affiliated with any other organization in the United States?

26) Does it control/direct/exercise influence over, any other organization in the United States?

27) Have you ever heard of the Anti-War Committee ("AWC")?

28) What is it?

29) What's the relationship between the AWC and the FRSO?

30) Are you a member of the AWC?

31) Do you have a "red" name?

32) What is it?

33) What's the purpose of having a red name?

34) Do you have a "red" e-mail account?

35) What is it?

36) What's the purpose of having a red e-mail account?

37) Have you ever heard of a group called the Popular Front for the Liberation of Palestine, also known as the PFLP?

2

38) What do you know about the PFLP?

39) Where is it based?

40) What is its philosophy?

41) Have you, anyone from the FRSO, or anyone you know, ever traveled to the Middle East? Gaza? West Bank? Israel?

42) Have you, anyone from the FRSO, or anyone you know, ever given money intended for the PFLP?

43) Have you, anyone from the FRSO, or anyone you know, ever given anything intended for the PFLP?

44) Have you, anyone from the FRSO, or anyone you know, ever given money intended for the Union of Palestinian Women's Committee, also known as the Women's Committee?

45) Have you, anyone from the FRSO, or anyone you know, ever met with anyone from the Women's Committee?

45) Have you, anyone from the FRSO, or anyone you know, ever met anyone from the PFLP?

46) Are you aware that the PFLP has been designated as a terrorist organization by the United States?

46) Are you aware that it's illegal to give money to any part of a designated terrorist organization, even a charitable part?

47) Have you ever heard of a group called the FARC?

48) What do you know about the FARC?

49) Where is it based?

50) What is its philosophy?

51) Have you, anyone from the FRSO, or anyone you know, ever traveled to South America?

3

Colombia?

52) Have you, anyone from the FRSO, or anyone you know, ever given money intended for the FARC?

53) Have you, anyone from the FRSO, or anyone you know, ever given anything intended for the FARC?

54) Have you, anyone from the FRSO, or anyone you know, ever met anyone from the FARC?

55) Are you aware that the FARC has been designated as a terrorist organization by the United States?

56) Do you support, either financially or otherwise, groups that have been designated as terrorist organizations in the United States?

57) Have you ever taken steps to overthrow the United States government?

<u>Questions for Specific Individuals</u>

<u>Parker Thistle-Hartog</u>
1) Do you run the Anti-War Committee?

2) Have you ever given money from the Anti-War Committee or the Anti-War Committee Educational Fund, to a terrorist group, specifically the PFLP, through third parties?

<u>Jessica Sundin</u>
1) Did you collect dues from FRSO members?

2) What did you do with the money?

3) Have you ever lied as a witness in any court proceeding, including a grand jury?

4) Have you ever recruited fighters to the FRSO?

<u>Stephanie Weiner</u>
1) What did you do with the proceeds from the Revolutionary Lemonade Stand?

<u>Stephanie Yorek</u>
1) Have you ever hosted any members of the FARC?

4

Mick Kelly

1) Do you own a gun?

2) For what?

3) Have you taught any FRSO member how to shoot?

4) Why?

5) What's your personal view of the FARC?

6) Did you ever meet a woman named Maha Nassar?

7) Who is she?

8) Where did you meet her?

9) What were the circumstances of your meeting her?

10) Was she a member of the Women's Committee?

11) Was she a member of the PFLP?

Ann Pham

1) What's your husband's immigration status?

2) When you visited Israel, did you lie to Israelis authorities about the purpose of your trip?

3) Have you ever assisted in someone else, FRSO or not, in raising funds for a trip to Israel, West Bank or Gaza?

4) From whom did you raise the funds?

5) What was the purpose of the trip?

6) Did you ever assist anyone in getting money to Hatam Abudayyeh for the purposes of him sending it to Israel, Jordan, the West Bank or Gaza?

7) Who?

5

8) When?

9) How much?

10) How did he get the money over there?

Tracy Molm
1) Did you ever recruit anyone to go to Israel, the West Bank or Gaza?

2) Who?

3) When?

4) What was the purpose of the trip?

5) Did you tell that person to lie to Israeli authorities about the purpose of the trip?

6) What do you think of terrorist groups?  Do you support them?

Meredith Aby
1) Have you ever met Lilia Obando?

2) Where?

3) When?

4) Why?

5) Who is she?

6) Is she a member of the FARC?

7) Did you ever help her raise money in the United States?

8) Why was the Colombian Action Network formed?

9) Who is El Gordo?

10) Did you ever meet with him in the United States?

6









